

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 18cr10341 |
| v. ) | |
| ) | VIOLATIONS: |
| ANTONIO NIATI, ) | |
| a/k/a "Tony Lutchano," ) | Count One: Conspiracy to Commit |
| ) | Bank Fraud |
| Defendant. ) | (18 U.S.C. § 1349) |
| ) | |
| ) | Count Two: Aiding and Abetting |
| ) | Aggravated Identity Theft |
| ) | (18 U.S.C. §§ 1028A(a)(1) and 2) |
| ) | |
| ) | Forfeiture |
| ) | (18 U.S.C. § 982(a)(2)) |

## INDICTMENT

### General Allegations

At all times relevant to this Indictment:

1. Santander Bank, N.A. ("Santander Bank") was a financial institution with offices located throughout the United States, including in the District of Massachusetts, the accounts of which were insured by the Federal Deposit Insurance Corporation.

2. Defendant Antonio Niati ("NIATI"), a/k/a "Tony Lutchano," was an individual who resided in Lynn, Massachusetts.

3. Victims 1 and 2 were individuals with accounts at Santander Bank.

4.      Co-conspirator #1 ("CC-1") was employed at Santander Bank as a bank teller in Dorchester, Massachusetts at a branch in the area of Uphams Corner (the "Uphams Corner Branch").

5.      Co-Conspirator #2 ("CC-2") was an individual who impersonated Victims 1 and 2 with fraudulent driver's licenses, passports and major credit cards.

## Overview of the Conspiracy and Scheme to Defraud

6.      In approximately April 2017, NIATI, together with others known and unknown to the Grand Jury, conspired to knowingly execute a scheme to defraud, and to obtain money and property under the custody and control of Santander Bank by means of false and fraudulent pretenses and representations. As part of the scheme, NIATI caused and directed others including CC-1 and CC-2 to conduct fraudulent transactions from the accounts of Victims 1 and 2 to obtain money and property from the Victims' accounts at Santander Bank.

## Objects of the Conspiracy and Scheme to Defraud

7.      The primary object of the conspiracy and the scheme to defraud was for NIATI and others to fraudulently obtain money and property under the custody and control of Santander Bank by impersonating true bank customers with fraudulent drivers' licenses, passports and major credit cards.

## Manner and Means of the Conspiracy and Scheme to Defraud

8.      Among the manner and means by which NIATI, CC-1, CC-2, and others known and unknown to the Grand Jury carried out the conspiracy and the scheme to defraud were the following:

9. In or about late 2016, NIATI, using the name "Tony Lutchano," approached and befriended CC-1 and, by in or about 2017, asked for CC-1's assistance in conducting transactions at Santander Bank.

10. In or about April 2017, NIATI arranged for CC-2 to impersonate Victims 1 and 2 using fraudulent drivers' licenses, as well as other means of identification, and conduct unauthorized transactions in their accounts at Santander Bank. In order to avoid detection, NIATI arranged for CC-1 to facilitate the fraudulent transactions inside the bank.

## Acts in Furtherance of the Conspiracy and Scheme to Defraud

11. Set forth below are examples of acts that NIATI and others known and unknown to the Grand Jury took and caused to be taken in furtherance of the conspiracy and the scheme to defraud.

12. On or about April 6, 2017, NIATI caused CC-1 and CC-2 to conduct the following fraudulent withdrawals from Victim 1's account at the Uphams Corner Branch of Santander Bank:

   a. First, at NIATI's direction, CC-2, impersonating Victim 1, approached CC-1 inside the bank. CC-2 provided CC-1 with a copy of a driver's license containing the name and date of birth of Victim 1 and obtained two bank checks drawn on Victim 1's Santander Bank account ending in 7994 ("SANT-7994"), one for $140,000 and a second for $135,000.

   b. Second, at NIATI's direction, CC-2 withdrew $9,650 in cash from SANT-7994.

13. On or about April 7, 2017, at NIATI's direction, CC-2 impersonated Victim 1 at the Uphams Corner Branch and, using a driver's license containing the name and date of birth of Victim 1, withdrew approximately $9,800 from SANT-7994.

14. On or about April 7, 2017, in exchange for facilitating the fraudulent transaction on April 6, 2017, NIATI provided CC-1 with approximately $4,000 in U.S. currency.

15. On or about April 27, 2017, NIATI caused CC-1 and CC-2 to conduct the following fraudulent withdrawals from Victim 2's account at the Uphams Corner Branch of Santander Bank:

    a. First, at NIATI's direction, CC-2, impersonating Victim 2, approached CC-1 inside the bank. CC-2 provided CC-1 with a copy of a passport and major credit card in the name of Victim 2 and obtained two bank checks drawn on Victim 2's Santander Bank account ending in 9180 ("SANT-9180"), one for $175,500 and a second for $165,000.

    b. Second, at NIATI's direction, CC-2 withdrew $9,600 in cash from SANT-9180.

16. On or about April 27, 2017, in exchange for facilitating the fraudulent transactions earlier on the same day, NIATI provided CC-1 with approximately $4,000 in U.S. currency.

4

## COUNT ONE Conspiracy to Commit Bank Fraud
## (18 U.S.C. § 1349)

The Grand Jury charges that:

17. Paragraphs 1 through 16 of this Indictment are re-alleged and incorporated by reference.

18. Beginning by at least 2016 and continuing until on or about April 27, 2017, in the District of Massachusetts and elsewhere, the defendant,

**ANTONIO NIATI,**
a/k/a "Tony Lutchano,"

conspired with others known and unknown to the Grand Jury to commit bank fraud, that is to knowingly execute, and attempt to execute, a scheme and artifice to defraud a financial institution, that is Santander Bank, and to obtain moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of Santander Bank, by means of materially false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

All in violation of Title 18, United States Code, Section 1349.

## COUNT TWO Aiding and Abetting Aggravated Identity Theft
(18 U.S.C. §§ 1028A(a)(1) and 2)

The Grand Jury further charges that:

19. Paragraphs 1 through 16 of this Indictment are re-alleged and incorporated by reference.

20. On or about April 6, 2017 in the District of Massachusetts and elsewhere, the defendant,

**ANTONIO NIATI,**
a/k/a "Tony Lutchano,"

did aid and abet the knowing transfer, possession, and use of, without lawful authority, a means of identification of another person, to wit, a fraudulent driver's license in the name of Victim 1, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), that is, conspiracy to commit bank fraud, in violation of Title 18, United States Code, Section 1349, as alleged in Count One of the Indictment.

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE ALLEGATION: 18 U.S.C. § 982(a)(2)

The Grand Jury alleges that:

21. Upon conviction of the offense alleged in Count One of this Indictment, the defendant,

ANTONIO NIATI,
a/k/a "Tony Lutchano"

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2), any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offenses. The property to be forfeited includes, but is not limited to, a sum of money equal to the total amount of money involved in the offense, which may be entered in the form of a money judgment.

22. If any of the property described in paragraph 21 above, as a result of any act or omission of the defendant,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 21 above.

All pursuant to Title 18, United States Code, Sections 982(a)(2).

A TRUE BILL

FOREPERSON

Neil J. Gallagher, Jr.
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: September 25, 2018
Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK       9/25/2018
                   @ 12:29pm

8