AO 442 (Rev. 11/11) Arrest Warrant

**SEALED**

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>ANTONIO NIATI, a/k/a Tony Lutchano<br><br>_Defendant_ | ) ) ) ) ) ) ) | Case No. 18Cr10341 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   ANTONIO NIATI, a/k/a Tony Lutchano                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Bank Fraud and Aggravated Identity Theft

Date:   09/25/2018

_Issuing officer's signature_

Matilde Geraldino-Karasek, Deputy Clerk
_Printed name and title_

City and state:   Boston, MA

### Return

| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ |
|---|
| at _(city and state)_ _____ . |

Date: _____

_Arresting officer's signature_

_Printed name and title_