

# Memorandum

To: The Honorable Mark L. Wolf , U.S. District Judge

From: Marlenny Ramdehal, Senior U.S. Probation Officer

CC: AUSA Mark J. Balthazard;  AUSA Leslie Wright; R. Bradford Bailey, ESQ.

Date: March 13, 2020

Re: Antonio Niati (18-CR-10341-MLW-1)

---

On September 26, 2018, the above referenced defendant appeared before Your Honor, and was charged with Conspiracy to Commit Bank Fraud and Aggravated Identity Theft. On that same date, the defendant was released on conditions including the following:

**The defendant must participate in one of the following location restriction programs and comply with its requirements as directed: (i) Curfew. The defendant is restricted to his residence every day from 7:00 p.m. to 6:00 a.m., or as directed by the pretrial services office or supervising office.**

On September 26, 2018, the defendant was successfully activated on curfew with location monitoring equipment.

The purpose of this memorandum is to request a modification to the above-named defendant's pretrial release conditions. Pursuant to the Guide to Judiciary Policy (Volume 8, Part. F, Chapter 3), "location monitoring technology should be dynamic in that officers should consistently evaluate the need for the technology, the level of monitoring, and the type of technology used or recommended." Consistent with this practice, we are respectfully recommending that Antonio Niati be removed from the location monitoring program.

Since commencing supervision, Mr. Niati has been fully compliant with his release conditions to include maintaining sobriety and securing employment full-time and part-time employment. Given the defendant's overall compliance with his conditions of release since being activated on location monitoring equipment, this officer would respectfully request that the Court modify the defendant's conditions of release to allow for the removal of the curfew and location monitoring components. It is this officer's opinion that the defendant's overall compliance has decreased both the risk of nonappearance and risk of danger to the community. This officer spoke with AUSA's Mark J. Balthazard and Leslie Wright, who advised that they have no objection to this modification. A criminal record check requested today does not reflect any new charges.

1

If Your Honor concurs with this recommendation, please affix your signature below.

Reviewed and Approved:

/s/ Brett Wiingard

Brett Wingard
Supervising U.S. Probation Officer

[✓] I concur, conditions are modified as requested.
[ ] I do not concur
[ ] Other _____

_____
The Honorable Mark L. Wolf, U.S. District Judge

Date: 3/16/20

- Page 2